# Court of Appeals
# of the State of Georgia

ATLANTA,  October 21, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1357. IN RE ESTATE OF EDNA MAE WATTS.**

Kimilla Renee Cofer filed this direct appeal from the Catoosa County Probate Court's order denying her caveat to a petition to probate Edna Mae Watts's will in solemn form. We lack jurisdiction.

Cofer has no right to appeal to this court from an order of the Catoosa County Probate Court because Catoosa County does not have a population in excess of 90,000 persons. See OCGA § 15-9-123 (a) & § 15-9-120 (2). Rather, final orders of the Catoosa County Probate Court are to be appealed to the superior court pursuant to OCGA § 5-3-2 (a), which applies to "*any decision* made by the probate court, except an order appointing a temporary administrator." (Emphasis supplied.) For this reason, Cofer may not pursue a direct appeal of this order under OCGA § 5-6-34 (a) (9), which applies only to judgments or orders that are made by a superior court, the Georgia State-wide Business Court, a constitutional city court, or another court or tribunal "from which appeals are authorized by the Constitution and laws of this state[.]"

The Georgia Constitution provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. 1, Par. VIII; *Bosma v. Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988).

Accordingly, this case is hereby TRANSFERRED to the Catoosa County Superior Court and the Catoosa County Probate Court is hereby ORDERED to send the appellate record in this case to the Catoosa County Superior Court within ten days of the date of this order.



*Court of Appeals of the State of Georgia*
　　*Clerk's Office, Atlanta,* __10/21/2020__
　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*